# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Underhill, Stefan R. | U.S. District Court (D. Conn.) | 06/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination ☐ Date  ☐ Initial  ✔ Annual  ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Family Testamentary Trust |
| 2. Visiting Lecturer | Yale University Law School |
| 3. Visiting Lecturer | University of Virginia School of Law |
| 4. Board of Directors | Federal Judges Association |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Underhill, Stefan R. | 06/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Yale University School of Law - teaching | $15,000.00 |
| 2. 2019 | University of Virginia School of Law - teaching | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Bridgeport Public Schools - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Underhill, Stefan R.** | 06/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Northwestern Mutual Life Insurance Co. | Loans against cash value of life insurance | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Contrafund (IRA) | B | Dividend | L | T | | | | | |
| 2. Fidelity Balanced (IRA) | B | Dividend | L | T | | | | | |
| 3. Northwestern Mutual whole life and 65 life policies | C | Dividend | M | T | | | | | |
| 4. Connecticut Teachers' Retirement Board (vested pension) | | None | M | T | | | | | |
| 5. People's United Bank Accounts | | None | J | T | | | | | |
| 6. AXA Equitable whole life policy | | None | J | T | | | | | |
| 7. HSA Bank (health spending account) | | None | J | T | | | | | |
| 8. Vanguard Prime Money Market Fund | C | Dividend | M | T | Sold (part) | 01/09/19 | J | | |
| 9. | | | | | Sold (part) | 01/16/19 | J | | |
| 10. | | | | | Sold (part) | 02/01/19 | K | | |
| 11. | | | | | Sold (part) | 02/15/19 | J | | |
| 12. | | | | | Sold (part) | 03/15/19 | J | | |
| 13. | | | | | Sold (part) | 03/19/19 | J | | |
| 14. | | | | | Sold (part) | 03/26/19 | L | | |
| 15. | | | | | Sold (part) | 04/16/19 | J | | |
| 16. | | | | | Buy | 05/02/19 | L | | |
| 17. | | | | | Sold (part) | 05/16/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Underhill, Stefan R.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 05/20/19 | J | | |
| 19. | | | | | Sold<br>(part) | 05/28/19 | J | | |
| 20. | | | | | Sold<br>(part) | 06/14/19 | J | | |
| 21. | | | | | Sold<br>(part) | 06/27/19 | J | | |
| 22. | | | | | Sold<br>(part) | 07/12/19 | J | | |
| 23. | | | | | Sold<br>(part) | 07/16/19 | J | | |
| 24. | | | | | Sold<br>(part) | 07/29/19 | J | | |
| 25. | | | | | Sold<br>(part) | 08/16/19 | J | | |
| 26. | | | | | Sold<br>(part) | 09/06/19 | K | | |
| 27. | | | | | Sold<br>(part) | 09/16/19 | J | | |
| 28. | | | | | Sold<br>(part) | 09/19/19 | K | | |
| 29. | | | | | Sold<br>(part) | 10/14/19 | K | | |
| 30. | | | | | Sold<br>(part) | 10/16/19 | J | | |
| 31. | | | | | Sold<br>(part) | 11/15/19 | J | | |
| 32. | | | | | Sold<br>(part) | 12/09/19 | J | | |
| 33. | | | | | Sold<br>(part) | 12/16/19 | J | | |
| 34. Vanguard Star Fund | D | Dividend | L | T | Buy | 01/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Underhill, Stefan R.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 02/15/19 | J | | |
| 36. | | | | | Buy<br>(add'l) | 03/15/19 | J | | |
| 37. | | | | | Buy<br>(add'l) | 04/16/19 | J | | |
| 38. | | | | | Buy<br>(add'l) | 05/16/19 | J | | |
| 39. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 40. | | | | | Buy<br>(add'l) | 07/16/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 42. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 43. | | | | | Buy<br>(add'l) | 10/16/19 | J | | |
| 44. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 46. Vanguard Star Fund (inherited IRA) | A | Dividend | M | T | Sold<br>(part) | 02/14/19 | J | | |
| 47. Vanguard Wellington Fund Admiral<br>(inherited IRA) | A | Dividend | J | T | | | | | |
| 48. Vanguard Windsor Fund Admiral | B | Dividend | K | T | Sold<br>(part) | 03/26/19 | L | | |
| 49. Comerica Bank Account | A | Interest | | | Closed | | | | |
| 50. BB&T common stock | A | Dividend | | | Sold | | J | | |
| 51. AUGGIE Movie, LLC investment units | | None | J | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Underhill, Stefan R. | 06/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Assets listed in Part VII include assets held by the trust identified in Part I.
2. The cash values of the life insurance policies listed on line 3 of Part VII do not reflect the impact of the loans listed on line 1 of Part VI.
3. The vacation home listed on line 33 of Part VII of my 2018 report is no longer listed.
4. The Comerica Bank Account listed on line 51 of Part VII was closed in 2019.
5. I have been unable to determine the date of he sale of  BBT common stock listed on line 52 of Part VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Stefan R. Underhill

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544